an accident insurance policy.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ WALTER F. ROBERTS, Appellant, v. JOHN W. SCHRIEBER, Respondent. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term against plaintiff on defendant's counterclaim, in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ JOHN W. SCHRIEBER, Respondent, v. WALTER F. ROBERTS, Appellant. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of murder, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ALLYN J. O'ROURKE, an Infant, by HELEN STOELTZLEN, Her Guardian ad Litem, Respondent, v. HERBERT F. HERN et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Chautauqua Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ HELEN STOELTZLEN, Respondent, v. HERBERT F. HERN et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Chautauqua Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ RUTH A. TUTTLE, Appellant, v. W. T. GRANT COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Ontario Trial Term for defendant for no cause of action, in an action for damages for breach of implied covenant in a lease. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CALLARI, Also Known as JOSEPH COLLARE, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of violation of section 1872 of the Penal Law on a plea of guilty.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. BROWN, Appellant.— Judgments of conviction unanimously affirmed. (Appeal from two judgments of Onondaga County Court convicting defendant of the crimes of (1) abandonment of children under 16 years of age and (2) unlawfully omitting to provide for said children.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARDO PANTUSCO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the Warden.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v. JEROME DOOLING, Appellant-Respondent.— Judgment of conviction and order unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of (1) manslaughter, second degree, (2) failure to furnish food, shelter and medical attendance to minors and (3) endangering health of

infants; also appeal by the People from an order, entered on the minutes, dismissing the first count of the indictment.) Present — Williams, P. J., Bastow, Goldman, Halpern, and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v. CLARA M. DOOLING, Appellant-Respondent.— Judgment of conviction and order unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of (1) manslaughter, second degree, (2) failure to furnish food, shelter and medical attendance to minors, and (3) endangering health of infants; also appeal by the People from an order, entered on the minutes, dismissing the first count of the indictment.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ CITIES SERVICE OIL COMPANY, Respondent, v. 307 SUMMER STREET, INC., et al., Appellants.— Motion for reargument denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ FRANCIS BREWSTER, as President of Local Union No. 5895, United Steelworkers of America, AFL-CIO, Plaintiff, v. FIRST TRUST & DEPOSIT COMPANY et al., Defendants.— Motion for a stay denied.

■ In the Matter of MARY E. HUNN against JOHN J. NAPLES et al.— Stay granted pending determination of appeal on consent of parties.

■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK., Petitioner, against SANFORD LEVINSON et al., Doing Business as AMERICAN ALUMINUM, et al., Respondents.— Motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT Ross, Appellant.— Application for assignment of counsel denied.

■ STANLEY E. KONIECZNY, Respondent, v. PEASE OIL COMPANY, Appellant.— Motion granted to the extent that order entered May 5, 1960 dismissing appeal vacated; appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1960, and case ready for argument at September 1960 Term of court; stay of execution of judgment denied. A stay of execution must be obtained by complying with section 594 of the Civil Practice Act.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel CHARLES WILLIAMS, Relator, against PAUL MCGINNIS, as Commissioner of Correction, et al., Respondents.— Petition for a writ of mandamus denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOLAKOWSKI, Appellant.— Order of September 23, 1959 vacated, motion granted to appeal on original papers, typewritten briefs, and Nathan A. Bork, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— David S. Jordan, Esq., of Rochester assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, typewritten briefs, Gerald S. Davidson, Esq., of Rochester assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. DUNCAN, Appellant.— Order of substitution of attorneys entered.